437 F.2d 1207
 SOUTH CENTRAL BELL TELEPHONE COMPANY, Plaintiff-Appellee,
v.
CONSTANT, INC., and the Succession of John D. Constant, Sr.,
Defendants-Appellants.
No. 30759 Summary Calendar.*
* Rule 18, 5 Cir.; see Isbell Enterprises, Inc.
v.
Citizens Casualty Company of New York et al., 5 Cir. 1970,
431 F.2d 409, Part I.
 United States Court of Appeals, Fifth Circuit.
 Feb. 8, 1971. Rehearing Denied March 19, 1971.
 
 Clint L. Pierson, Baton Rouge, La., for defendants-appellants.
 Victor A. Sachse, Fernando J. Freyre, Breazeale, Sachse & Wilson, Baton Rouge, La., for plaintiff-appellee.
 Appeal from the United States for the Eastern District of Louisiana, E. Gordon West, Judge, 304 F.Supp. 732.
 Before WISDOM, COLEMAN, and SIMPSON, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5th Cir. 1970, 430 F.2d 966